UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD G. REDMAN, ET AL          CIVIL ACTION

VERSUS                                       NO. 07-5706

ANNE FOLEY LESTELLE, ET AL       SECTION "C" (4)

ORDER AND REASONS

This matter comes before the Court on the plaintiffs' motion for remand and the issue of the Court's subject matter jurisdiction in this removed action. Having considered the record, the memoranda of counsel and the law, the Court has determined that diversity jurisdiction does exist and remand is inappropriate for the following reasons.

In the state court petition and the removal petition, the principal place of business for one of the defendants, SIRVA Relocation, L.L.C. ("SIRVA"), was stated to be Louisiana. The plaintiffs are also Louisiana citizens. In amendments to the notice of removal and in opposition to the motion to remand, SIRVA claims that the Louisiana designation was a clerical mistake. It also provides evidence that it is a limited liability corporation formed under the laws of Delaware, with its principal place of business in Ohio whose sole member is a Delaware corporation with its principal place of business in Indiana. (Rec. Doc. 11, Exh. 2). Whether the citizenship of a Delaware limited liability corporation is determined under rules applicable to either a corporation or a partnership, diversity clearly exists. Counsel for the plaintiff has advised that she is

satisfied that diversity exists.  There is no issue that the jurisdictional amount is met.

Accordingly,

IT IS ORDERED that the plaintiff's motion for remand is DENIED.  The Court is satisfied that it has diversity jurisdiction.

New Orleans, Louisiana, this 14th  day of November, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE